UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
HEI, Inc.

SIGNATURE DECLARATION
(For use in electronically filed cases only)

Debtor(s).                                    Case No.

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: Petition, List of Creditors Holding 20 Largest Unsecured Claims, and Statement Regarding Authority to Sign and File Petition)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM\ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: January 4, 2015

X /s/ signature

Signature of Debtor or Authorized Representative

X _____

Signature of Joint Debtor

Mark B. Thomas
Printed Name of Debtor or
Authorized Representative

Printed Name of Joint Debtor

52134927_1.docx