UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

HEI, Inc.,

Debtor.

BKY Case No. 15-40009

Chapter 11 Case

### NOTICE OF INTENTION TO SEEK EXPEDITED HEARING

HEI, Inc. ("the Debtor") gives notice that it intends to seek expedited hearings on the following matters:

(1) Notice of Hearing and Motion for (I) Expedited Relief and (II) Interim and Final Orders Authorizing the Use of Cash Collateral;

(2) Notice of Hearing and Motion for Order (I) Granting Expedited Relief and (II) Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System; and

(3) Notice of Hearing and Motion for Order (I) Granting Expedited Relief and (II) Authorizing Debtor to Pay Accrued and Outstanding Pre-Petition Employee Compensation, Benefits, and Related Amounts.

Dated: January 4, 2015

*/e/ James C. Brand*
James L. Baillie (#0003980)
James C. Brand (#0387362)
Sarah M. Olson (#0390238)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
jbaillie@fredlaw.com
jbrand@fredlaw.com
solson@fredlaw.com

PROPOSED ATTORNEYS FOR DEBTOR

52157212