## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: | Case No. 15-40009<br>Chapter 11 Case |
| HEI, Inc., | NOTICE OF APPEARANCE,<br>REQUEST FOR NOTICE AND |
| Debtor. | RESERVATION OF RIGHTS |

      Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby notes his appearance on behalf of Wells Fargo Bank, National Association acting through its Wells Fargo Business Credit Operating Division ("Interested Party") and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the office, address and telephone number set forth below:

Thomas E. Hoffman
Lindquist & Vennum LLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
612-371-3211 (telephone)
612-371-3207 (facsimile)
thoffman@lindquist.com

      Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Interested Party's right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) Interested Party's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Interested Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Interested Party is or may be entitled under

DOCS-#4444549-v1

agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  January 8, 2015                              LINDQUIST & VENNUM LLP

                                                                        By  /s/ Thomas E. Hoffman
                                                                          Thomas E. Hoffman (#150125)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
612-371-3211 (telephone)
612-371-3207 (facsimile)
thoffman@lindquist.com

**ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION**

2

DOCS-#4444549-v1