**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**
    **HEI, Inc.,**

                                        **Chapter 11**

    **Debtor(s).**                                **BKY No. 15-40009**

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: Teamvantage Molding LLC.
   Address: 20697 Fenway Ave. N
   Forest Lake, MN 55025

   Contact Person: Cathy Longtin   Phone: 612-508-3989
   Email:   cathyl@teamvantage.com

2. Creditor: Watson-Marlow, Inc.
   Address: 37 Upton Technology Park
   Wilmington, MA 01887

   Contact Person: Michael Ferrucci   Phone: 978-988-2630
   Email:   michael.ferrucci@wmpg.com

3. Creditor: Vergent Products
   Address: 609 14th St. SW
   Loveland, CO 80537
   Contact Person:   Diana Precht   Phone:   970-292-1128
   Email:   dprecht@gmail.com

Cathy Longtin of Teamvantage Molding LLC is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

January 9, 2015                                                                Respectfully submitted,

                                                                              DANIEL M. MCDERMOTT
                                                                              United States Trustee
                                                                              Region 12

                                              By:     /e/Michael R. Fadlovich
                                                                        Trial Attorney
                                                                              Atty No. 111844
                                                                              U.S. Trustee's Office
                                                                              300 South Fourth St., #1015
                                                                              Minneapolis, MN   55415
                                                                              (612) 334-1350

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**HEI Inc.**

**Chapter 11**

**Debtor(s).**                                             BKY No.   15-40009

---

**CERTIFICATE OF SERVICE**

---

      I, Lilia Serna de Coronado, declare under penalty of perjury that on January 9, 2015, a copy of the foregoing **NOTICE OF APPOINTMENT OF AN UNSECURED CREDITORS COMMITTEE IN A CHAPTER 11 CASE;** served via US mail postage prepaid to the following:

**HEI, Inc.**
1495 Steiger Lake Ln
Victoria, MN 55386

**James L. Baillie**
Fredrikson & Byron P.A.
200 South Sixth Street   Suite 4000
Minneapolis, MN 55402

Cathy Longtin
Teamvantage Molding LLC.
20697 Fedway Avenue N.
Forest Lake, MN 55025

Michael Ferrucci
Watson Marlow, Inc
37 Upton Technology Park
Wilmington, MA 01887

Diana Precht
Vergent Products
609 14th St. SW
Loveland, CO 80537

Dated:   January 9, 2015          By: /e/Lilia Serna de Coronado
                                                          **Lilia Serna de Coronado**
                                                          **Office of the United States Trustee**
                                                          **300 South 4th Street Suite 1015**
                                                          **Minneapolis, MN 55415**