UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

HEI, Inc.,

Debtor.

BKY Case No. 15-40009

Chapter 11 Case

**STIPULATION FOR FURTHER INTERIM USE OF CASH COLLATERAL**

HEI, Inc. (the "Debtor") and secured lender Wells Fargo Bank, National Association (the "Prepetition Lender"), by and through their undersigned attorneys, hereby agree and stipulate on this 21st day of January 2015, as follows:

## RECITALS

A. The Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code on January 4, 2015, and is acting as debtor-in-possession in this case.

B. The Debtor filed a Motion for (I) Expedited Relief and (II) Interim and Final Orders Authorizing the Use of Cash Collateral [dkt. no. 7] (the "Motion"). A hearing on the portion of the Motion related to interim relief was held on January 7, 2015. After the hearing, the Debtor submitted a revised proposed interim order that was agreed to by the Prepetition Lender.

C. The Court entered an order dated January 8, 2015 [dkt. no. 21] (the "Interim Order"), in which the Court authorized the Debtor to use cash, including cash collateral in which the Prepetition Lender claims an interest, subject to the provisions of the Interim Order, through the end of the week beginning January 19, 2015.

D. The hearing on that part of the Motion seeking a cash collateral order on a final basis was scheduled for January 21, 2015.

E.	On January 16, 2015, the Prepetition Lender filed an objection to that part of the Motion seeking an order on a final basis [dkt. no. 77]. On that same day, the Official Committee of Unsecured Creditors (the "Committee") filed a preliminary objection to the Motion [dkt. no. 69].

F.	The Debtor and the Prepetition Lender, with the participation of the Committee, are currently negotiating a stipulation for the Debtor's use of cash collateral on a final basis.

G.	In order that the Debtor and the Prepetition Lender have sufficient time to complete negotiations on the stipulation for use of cash collateral on a final basis, the parties have agreed to extend the interim use through the end of the week beginning February 23, 2015.

H.	The Debtor will seek to reschedule the hearing on the final portion of the Motion for a time during the week beginning February 23, 2015.

## STIPULATION

1.	The Prepetition Lender consents to the Debtor's interim use of cash collateral through the end of the week beginning February 23, 2015, pursuant to the terms set forth in the proposed order attached hereto, and in material conformity with the budget attached hereto as Exhibit A (the "Budget"). A material variation from the Budget shall occur if, at any time, the Debtor's actual expenditures on a rolling, cumulative basis exceed the total projected expenditures at that time by 10% or more. In determining the Debtor's actual expenditures and total projected expenditures the BWI and Philips funds advanced and payments made, as part of the BWI and Philips agreements, shall not be taken into consideration.

2.	The Debtor may have revisions to the Budget. The Prepetition Lender agrees that the Budget may be revised by the Debtor during the continued interim period without further

order of the court, provided that the Prepetition Lender agrees in writing to the revisions. The Budget as revised shall constitute the interim budget.

3.   The Debtor and the Prepetition Lender agree that, notwithstanding the Prepetition Lender's consent to the Debtor's continued use of cash collateral on an interim basis, nothing in this stipulation shall be deemed to waive any of the Prepetition Lender's or Committee's rights to continue or supplement their objections to the Debtor's use of cash collateral on a final basis.

4.   The Debtor and the Prepetition Lender agree that nothing in this stipulation shall be deemed to waive any of the Debtor's rights to seek final use of cash collateral over the objection of the Prepetition Lender.

5.   The Debtor and the Prepetition Lender consent to and request entry of the attached proposed order.

6.   The Debtor and the Prepetition Lender agree that pursuant to Local Rule 9011-4(f), each of the undersigned hereby authorizes the e-filing of this document with their electronic signatures affixed below.

| | |
|---|---|
| _/e/ Sarah M. Olson_ | _/e/ Thomas E. Hoffman_ |
| James L. Baillie (#3980) | Thomas E. Hoffman (#150125) |
| Sarah M. Olson (#390238) | William P. Wassweiler (#232348) |
| FREDRIKSON & BYRON, P.A. | LINDQUIST & VENNUM, L.L.P. |
| 200 South Sixth Street, Suite 4000 | 4200 IDS Center |
| Minneapolis, MN 55402 | 80 South Eighth Street |
| Phone (612) 492-7000 | Minneapolis, MN 55402 |
| Fax (612) 492-7077 | Phone (612) 371-3289 |
| jbaillie@fredlaw.com | Fax (612) 371-3207 |
| solson@fredlaw.com | thoffman@lindquist.com |
| | wwassweiler@lindquist.com |
| PROPOSED COUNSEL FOR DEBTOR | |
| | COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION |

52422208

# **EXHIBIT A**

**BUDGET**

## HEI, Inc

**Weekly Cashflow Forecast - Interim**

|    |                                               | *Previous Interim Period* ||||  | *Continued Interim Period* ||||||
|----|-----------------------------------------------|---------|-----------|-----------|----------|---|-----------|-----------|-----------|-----------|-----------|------------|
|    |                                               | Actual  | Projected | Projected | Interim  |   | Projected | Projected | Projected | Projected | Projected | Interim    |
|    |                                               | Week Begin | Week Begin | Week Begin | Total |   | Week Begin | Week Begin | Week Begin | Week Begin | Week Begin | Total |
|    |                                               | 1/5/2015 | 1/12/2015 | 1/19/2015 | 1/5-1/25/15 |   | 1/26/2015 | 2/2/2015 | 2/9/2015 | 2/16/2015 | 2/23/2015 | 1/26-2/27/15 |
| 5  | **CASH RECEIPTS**                             |         |           |           |          |   |           |           |           |           |           |            |
| 6  | Accounts Receivable Collections               | 430,974 | 233,743   | 204,224   | 868,940  |   | 130,224   | 103,085   | 137,663   | 70,324    | 70,324    | 511,619    |
| 9  | Sale of Equipment                             |         |           |           | -        |   |           |           | 2,805,000 |           |           | 2,805,000  |
| 10 | Phillips Receipts for Tempe Production        | 161,040 | 80,249    | 72,259    | 313,548  |   | 143,114   | 24,632    | 29,767    | -         | -         | 197,512    |
| 11 | Phillips Premiums                             | 133,000 | -         | 133,000   | 266,000  |   | -         | -         | 134,000   | -         | -         | 134,000    |
| 12 | Sale of Real Estate                           |         |           |           | -        |   | -         |           |           |           |           | -          |
| 13 | Recovery of Utility Deposits                  |         |           |           | -        |   |           |           |           |           |           | -          |
| 14 | 8M Customer Premiums                          | 30,000  | 20,000    | 15,500    | 65,500   |   |           |           |           |           |           | -          |
| 15 | CL Customer Premiums                          |         |           | 33,283    | 33,283   |   | -         |           |           |           |           | -          |
| 16 | Recovery of Other Assets                      | 5,000   |           |           | 5,000    |   |           |           |           |           |           | -          |
| 17 | BWI Receipts for Boulder Production           |         | 18,497    | 827,050   | 845,547  |   |           | 250,000   |           | 186,852   |           | 436,852    |
| 18 | BWI Premiums                                  |         |           | 175,000   | 175,000  |   |           |           |           |           |           | -          |
| 19 | Bond Redemption                               | -       | -         | -         | -        |   | -         | -         | -         | -         | -         | -          |
| 20 | **Total Cash Inflows**                        | 760,014 | 352,489   | 1,460,316 | 2,572,819 |  | 273,338   | 377,717   | 3,106,429 | 257,176   | 70,324    | 4,084,983  |
| 21 |                                               |         |           |           |          |   |           |           |           |           |           |            |
| 22 | **CASH DISBURSEMENTS**                        |         |           |           |          |   |           |           |           |           |           |            |
| 23 | Inventory and supply Payments                 | 26,813  | 7,500     | 7,500     | 41,813   |   | 7,500     | 2,500     | 2,500     | -         | -         | 12,500     |
| 24 | Equipment Rent and Lease Payments             |         | 13,000    |           | 13,000   |   | -         | -         | -         |           |           | -          |
| 25 | Payroll, Taxes, 401k (Need Breakout)          | 149,489 | -         | 129,308   | 278,797  |   | 7,605     | 102,108   | 1,040     | 54,513    | -         | 165,266    |
| 26 | Retention - Tempe                             |         |           |           | -        |   | 58,500    |           | 8,000     |           |           | 66,500     |
| 27 | BCBS - Health Insurance claims                | -       | 25,000    | -         | 25,000   |   | -         | -         | 30,000    | -         | -         | 30,000     |
| 28 | BCBS - Health Insurance premiums              | -       | 20,000    | -         | 20,000   |   | -         | 8,000     |           |           |           | 8,000      |
| 29 | Delta Dental premiums                         |         | 9,000     |           | 9,000    |   |           | 4,000     |           |           |           | 4,000      |
| 31 | Trash Removal - Victoria                      |         | 1,593     |           | 1,593    |   |           |           | 1,200     | -         |           | 1,200      |
| 32 | Utilities -Victoria                           |         | -         |           | -        |   | 25,000    |           | -         | -         |           | 25,000     |
| 33 | Utilities-Tempe                               |         | 40,000    |           | 40,000   |   |           | 25,000    |           |           |           | 25,000     |
| 34 | Utility Deposits                              |         | 75,000    |           | 75,000   |   |           |           |           |           |           | -          |
| 35 | Utilities-Boulder                             |         | -         | -         | -        |   |           |           |           |           |           | -          |
| 36 | Shipping (Fedex, UPS)                         | 452     | 4,548     |           | 5,000    |   | 2,000     |           | 1,000     | -         | -         | 3,000      |
| 37 | Janitorial                                    |         | 1,697     | 1,697     | 3,394    |   | -         | -         | 1,697     | -         | -         | 1,697      |
| 38 | Telephone                                     |         | -         | 10,000    | 10,000   |   | -         | 10,000    | -         | 7,500     | -         | 17,500     |
| 39 | Cell Phone                                    |         | -         | 2,100     | 2,100    |   | -         | 2,100     | -         | 2,000     | -         | 4,100      |
| 40 | Life Insurance - Guardian                     |         | 3,000     | -         | 3,000    |   | -         | 1,000     | -         |           |           | 1,000      |
| 41 | Business Insurance - Commercial               |         | 5,545     |           | 5,545    |   | 19,094    | -         |           |           | 12,639    | 31,733     |
| 43 | Alliance Fees                                 |         |           |           | -        |   | -         | 125,000   |           |           |           | 125,000    |
| 44 | Alliance Sales Fee                            |         | -         | -         | -        |   | -         | -         | 84,150    | -         | -         | 84,150     |
| 46 | Fredrikson Fees (BK Counsel)                  |         |           |           | -        |   |           | 100,000   |           |           |           | 100,000    |
| 48 | Debtor Fees (M&A Counsel)                     |         |           |           | -        |   |           | 50,000    |           |           |           | 50,000     |
| 49 | Creditors Committee/Liquidating Agent         |         |           |           | -        |   | -         | 25,000    | -         |           | -         | 25,000     |
| 50 | Shareholder Notice Costs                      |         | 35,000    |           | 35,000   |   |           |           |           |           |           | -          |
| 51 | US Trustee Fees                               |         |           |           | -        |   |           |           |           |           |           | -          |
| 53 | Tempe Rent Payments                           |         | 6,615     |           | 6,615    |   | -         | 16,395    |           |           |           | 16,395     |
| 54 | Travel                                        |         | 10,000    | 5,000     | 15,000   |   | 5,000     | 5,000     | 2,500     | 1,000     | -         | 13,500     |
| 55 | Tempe Maintenance                             |         | 10,000    | 5,000     | 15,000   |   | 5,000     |           |           |           |           | 5,000      |
| 56 | Operating Leases - Tempe                      |         | 13,000    |           | 13,000   |   |           |           |           |           |           | -          |
| 57 | Equipment Lease - ESI Laser - Tempe           |         | 13,215    |           | 13,215   |   |           |           | -         |           |           | -          |
| 58 | Equipment Lease - AOI - Tempe                 |         | 8,690     |           | 8,690    |   |           |           | -         |           |           | -          |
| 59 | Equipment Lease-Lauffer Press - Tempe         |         | 4,792     |           | 4,792    |   |           |           | -         |           |           | -          |
| 60 | Equipment Lease-Die bonder                    |         | -         |           | -        |   |           |           |           | -         |           | -          |
| 61 | Equipment Lease-Plasma Etch - Tempe           |         | 1,894     |           | 1,894    |   |           |           | -         |           |           | -          |
| 62 | Equipment Lease-My data                       |         | -         | -         | -        |   |           |           |           | -         |           | -          |
| 63 | Environmental Clean Up                        |         |           |           | -        |   |           |           | 50,000    |           | -         | 50,000     |
| 64 | Moving Expenses from Boulder                  |         | -         |           | -        |   |           |           |           |           |           | -          |
| 66 | Property Taxes                                |         |           |           | -        |   |           |           |           |           |           | -          |
| 68 | BWI Rent - Boulder                            |         |           | 152,000   | 152,000  |   |           | 152,000   |           | -         |           | 152,000    |
| 69 | BWI Inventory Purchases                       |         |           | 313,088   | 313,088  |   |           | 52,181    | 52,181    | 52,181    |           | 156,544    |
| 70 | BWI Critical Catch Up Payments                |         |           | 236,500   | 236,500  |   |           |           |           |           |           | -          |
| 71 | BWI Boulder Employee Salary and Tax           |         |           | 19,069    | 19,069   |   |           | 38,139    |           | 36,093    |           | 74,231     |
| 72 | BWI Boulder Retention                         |         |           | -         | -        |   |           | -         |           | -         |           | -          |
| 73 | Boulder Supply Chain                          |         |           | 4,976     | 4,976    |   |           | 3,855     |           |           |           | 3,855      |
| 74 | Boulder Manufacturing                         |         |           | 2,222     | 2,222    |   |           | 3,791     |           |           |           | 3,791      |
| 75 | Boulder Facility - Non Rent                   |         |           | -         | -        |   | 50,319    | -         |           | -         | 37,720    | 88,039     |
| 76 | BWI G&A Expenses                              |         |           | 9,290     | 9,290    |   |           | -         |           | 9,290     |           | 9,290      |
| 77 | Misc./Other                                   | -       | 5,000     | 10,000    | 15,000   |   | 5,000     | 5,000     | 5,000     | 5,000     | 5,000     | 25,000     |
| 78 | **Total Operating Disbursements**             | 176,754 | 314,089   | 907,750   | 1,398,593 |  | 185,018   | 731,069   | 239,268   | 167,577   | 55,359    | 1,378,291  |
| 79 | Timing Differences                            | 4,040   |           |           | 4,040    |   |           |           |           |           |           | -          |
| 80 | **Net Cash Flow before Bank Payments**        | 587,300 | 38,400    | 552,566   | 1,178,266 |  | 88,320    | (353,352) | 2,867,161 | 89,599    | 14,965    | 2,706,692  |

Page 1 of 2

## HEI, Inc

**Weekly Cashflow Forecast - Interim**

| | | *Previous Interim Period* | | | | *Continued Interim Period* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Week Begin 1/5/2015 | Projected Week Begin 1/12/2015 | Projected Week Begin 1/19/2015 | Interim Total 1/5-1/25/15 | Projected Week Begin 1/26/2015 | Projected Week Begin 2/2/2015 | Projected Week Begin 2/9/2015 | Projected Week Begin 2/16/2015 | Projected Week Begin 2/23/2015 | Interim Total 1/26-2/27/15 |
| 81 Wells Fargo Interest Payments | - | - | - | - | - | 15,000 | - | - | - | 15,000 |
| 82 WF Client Service Charge | - | - | - | - | - | - | - | - | - | - |
| 83 Principal Payments from Asset Sales | - | - | - | - | - | - | 2,670,850 | - | - | 2,670,850 |
| 84 Principal Payments from Other Cash | - | - | - | - | 100,000 | - | 100,000 | - | - | 200,000 |
| 85 Miscellaneous Wells Fargo Fees | 105 | - | - | - | - | - | - | - | - | - |
| 86 **Net Cash Flow Including Bank Payments** | **587,195** | **38,400** | **552,566** | **1,178,266** | **(11,680)** | **(368,352)** | **96,311** | **89,599** | **14,965** | **(179,158)** |
| 87 **Operating Cash** | | | | | | | | | | |
| 88 Beginning Cash Balance | 329 | 557,524 | 557,427 | 329 | 796,305 | 834,944 | 466,557 | 615,050 | 615,360 | 796,305 |
| 89 Less Customer Premiums (excl. Phillips) | (30,000) | (20,000) | (223,783) | (273,783) | - | - | - | - | - | - |
| 90 Less Net Cash Flow from BWI Operations | - | (18,497) | (89,905) | (108,402) | 50,319 | (34) | 52,181 | (89,288) | 37,720 | 50,898 |
| 91 Inc/(decr) Cash | 587,195 | 38,400 | 552,566 | 1,178,161 | (11,680) | (368,352) | 96,311 | 89,599 | 14,965 | (179,158) |
| 92 **Ending Operating Cash Balance** | **557,524** | **557,427** | **796,305** | **796,305** | **834,944** | **466,557** | **615,050** | **615,360** | **668,045** | **668,045** |
| 93 **Premiums Held in Trust** | | | | | | | | | | |
| 94 Beginning Premiums Held in Trust | - | 30,000 | 50,000 | - | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 |
| 95 Plus Customer Premiums (excl Phillips) | 30,000 | 20,000 | 223,783 | 273,783 | - | - | - | - | - | - |
| 96 Disbursement of Premiums | | | | - | | | | | | |
| 97 **Ending Premiums Held in Trust** | **30,000** | **50,000** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** |
| 98 **BWI Operating Cash** | | | | | | | | | | |
| 99 Beginning BWI Operating Cash | - | - | 18,497 | - | 108,402 | 58,083 | 58,117 | 5,935 | 95,223 | 108,402 |
| 100 Net Cash Flow from BWI Operations | - | 18,497 | 89,905 | 108,402 | (50,319) | 34 | (52,181) | 89,288 | (37,720) | (50,898) |
| 101 **Ending BWI Operating Cash** | **-** | **18,497** | **108,402** | **108,402** | **58,083** | **58,117** | **5,935** | **95,223** | **57,503** | **57,503** |
| 102 **Total Cash** | **587,524** | **625,924** | **1,178,490** | **1,178,490** | **1,166,809** | **798,457** | **894,768** | **984,367** | **999,332** | **999,332** |
| 103 <u>Beginning Combined Revolver Balance</u> | 2,424,039 | 2,424,039 | 2,424,039 | 2,424,039 | 2,424,039 | 2,324,039 | 2,324,039 | - | - | 2,424,039 |
| 104 Inc/(decr) revolver/term | - | - | - | - | (100,000) | - | (2,770,850) | - | - | (2,870,850) |
| 105 Ending Combined Revolver Balance | 2,424,039 | 2,424,039 | 2,424,039 | 2,424,039 | 2,324,039 | 2,324,039 | - | - | - | - |
| 106 **P-Card and Other** | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 |
| 107 **Mortgage Balance** | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 415,689 | 415,689 | 415,689 | 415,689 |
| 108 **Total Wells Fargo Debt** | **3,311,142** | **3,311,142** | **3,311,142** | **3,311,142** | **3,211,142** | **3,211,142** | **440,292** | **440,292** | **440,292** | **440,292** |
| 109 | 0 | | | | | | | | | |
| 171 **Collateral Value Projections** | | | | | | | | | | |
| 172 Total Accounts Receivable | 1,093,465 | 929,722 | 858,240 | 858,240 | 902,249 | 799,164 | 661,502 | 591,178 | 520,854 | 520,854 |
| 173 Operating Cash | 557,524 | 557,427 | 796,305 | 796,305 | 834,944 | 466,557 | 615,050 | 615,360 | 668,045 | 668,045 |
| 174 Premiums held in Trust | 30,000 | 50,000 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 |
| 175 Bond Value | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| 176 Estimated Inventory (net of cap.) | 1,694,765 | 1,677,965 | 1,646,107 | 1,646,107 | 1,604,291 | 1,604,291 | - | | | - |
| 177 Equipment Liquidation Value | 2,640,722 | 2,640,722 | 2,640,722 | 2,640,722 | 2,640,722 | 2,640,722 | | | | - |
| 178 Estimated Liquidation Value | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 | 2,145,000 |
| 179 **Total Collateral** | **9,161,475** | **9,000,836** | **9,360,157** | **9,360,157** | **9,400,989** | **8,929,518** | **4,695,334** | **4,625,321** | **4,607,682** | **4,607,682** |
| 180 Revolver Balance | 2,424,039 | 2,424,039 | 2,424,039 | 2,424,039 | 2,324,039 | 2,324,039 | - | - | - | - |
| 181 Mortgage Balance | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 415,689 | 415,689 | 415,689 | 415,689 |
| 182 **Total Debt** | **3,286,539** | **3,286,539** | **3,286,539** | **3,286,539** | **3,186,539** | **3,186,539** | **415,689** | **415,689** | **415,689** | **415,689** |
| 183 | | | | | | | | | | |
| 184 **Collateral to Debt Coverage** | **2.8x** | **2.7x** | **2.8x** | **2.8x** | **3x** | **2.8x** | **11.3x** | **11.1x** | **11.1x** | **11.1x** |
| 185 **Equity Cushion** | **179%** | **174%** | **185%** | **185%** | **195%** | **180%** | **1030%** | **1013%** | **1008%** | **1008%** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

HEI, Inc.,

Debtor.

BKY Case No. 15-40009

Chapter 11 Case

**ORDER AUTHORIZING FURTHER INTERIM USE OF CASH COLLATERAL**

This matter is before the Court in connection with the Debtor's Motion for (I) Expedited Relief and (II) Interim and Final Orders Authorizing the Use of Cash Collateral (the "Motion"). Pursuant to the stipulation for further interim use of cash collateral between the debtor and Wells Fargo Bank, National Association (the "Prepetition Lender") dated January 21, 2015,

IT IS ORDERED:

1. This court will hold the hearing on the final portion of the Debtor's Motion on February 25, 2015 at 10:30 a.m.

2. The deadline for objections or other responses to the Motion is extended such that any additional objections or other responses are due no later than February 20, 2015.

3. The Debtor is authorized to use cash collateral in which the Prepetition Lender claims an interest, on an interim basis through the end of the week beginning February 23, 2015, subject to the conditions set forth in this order, and in material conformity with the following budget (the "Budget"):

| | Weekly Cashflow Forecast - Interim | Previous Interim Period | | | | Continued Interim Period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual | Projected | Projected | Interim | Projected | Projected | Projected | Projected | Projected | Interim |
| | | Week Begin | Week Begin | Week Begin | Total | Week Begin | Week Begin | Week Begin | Week Begin | Week Begin | Total |
| | | 1/5/2015 | 1/12/2015 | 1/19/2015 | 1/5-1/25/15 | 1/26/2015 | 2/2/2015 | 2/9/2015 | 2/16/2015 | 2/23/2015 | 1/26-2/27/15 |
| 5 | CASH RECEIPTS | | | | | | | | | | |
| 6 | Accounts Receivable Collections | 430,974 | 233,743 | 204,224 | 868,940 | 130,224 | 103,085 | 137,663 | 70,324 | 70,324 | 511,619 |
| 9 | Sale of Equipment | | | | - | - | - | 2,805,000 | | | 2,805,000 |
| 10 | Phillips Receipts for Tempe Production | 161,040 | 80,249 | 72,259 | 313,548 | 143,114 | 24,632 | 29,767 | - | - | 197,512 |
| 11 | Phillips Premiums | 133,000 | - | 133,000 | 266,000 | - | - | 134,000 | - | - | 134,000 |
| 12 | Sale of Real Estate | | | | - | - | | | | | - |
| 13 | Recovery of Utility Deposits | | | | - | | | | | | - |
| 14 | 8M Customer Premiums | 30,000 | 20,000 | 15,500 | 65,500 | | | | | | - |
| 15 | CL Customer Premiums | | | 33,283 | 33,283 | - | | | | | - |
| 16 | Recovery of Other Assets | 5,000 | | | 5,000 | | | | | | - |
| 17 | BWI Receipts for Boulder Production | | 18,497 | 827,050 | 845,547 | | 250,000 | | 186,852 | | 436,852 |
| 18 | BWI Premiums | | | 175,000 | 175,000 | | | | | | - |
| 19 | Bond Redemption | - | - | - | - | - | - | - | - | - | - |
| 20 | Total Cash Inflows | 760,014 | 352,489 | 1,460,316 | 2,572,819 | 273,338 | 377,717 | 3,106,429 | 257,176 | 70,324 | 4,084,983 |
| 22 | CASH DISBURSEMENTS | | | | | | | | | | |
| 23 | Inventory and supply Payments | 26,813 | 7,500 | 7,500 | 41,813 | 7,500 | 2,500 | 2,500 | - | - | 12,500 |
| 24 | Equipment Rent and Lease Payments | | 13,000 | - | 13,000 | - | - | - | | | - |
| 25 | Payroll, Taxes, 401k (Need Breakout) | 149,489 | - | 129,308 | 278,797 | 7,605 | 102,108 | 1,040 | 54,513 | - | 165,266 |
| 26 | Retention - Tempe | | | | - | 58,500 | | 8,000 | | | 66,500 |
| 27 | BCBS - Health Insurance claims | - | 25,000 | - | 25,000 | - | - | 30,000 | - | - | 30,000 |
| 28 | BCBS - Health Insurance premiums | - | 20,000 | - | 20,000 | - | 8,000 | | | - | 8,000 |
| 29 | Delta Dental premiums | | 9,000 | | 9,000 | | 4,000 | | | | 4,000 |
| 31 | Trash Removal - Victoria | | 1,593 | | 1,593 | | | 1,200 | - | | 1,200 |
| 32 | Utilities -Victoria | | - | | - | 25,000 | | | - | - | 25,000 |
| 33 | Utilities-Tempe | | 40,000 | | 40,000 | | 25,000 | | - | - | 25,000 |
| 34 | Utility Deposits | | 75,000 | | 75,000 | | | | | | - |
| 35 | Utilities-Boulder | | - | - | - | | | | | | - |
| 36 | Shipping (Fedex, UPS) | 452 | 4,548 | | 5,000 | 2,000 | | 1,000 | | - | 3,000 |
| 37 | Janitorial | | 1,697 | 1,697 | 3,394 | - | - | 1,697 | - | - | 1,697 |
| 38 | Telephone | | - | 10,000 | 10,000 | - | 10,000 | - | 7,500 | - | 17,500 |
| 39 | Cell Phone | | - | 2,100 | 2,100 | - | 2,100 | - | 2,000 | - | 4,100 |
| 40 | Life Insurance - Guardian | | 3,000 | - | 3,000 | | 1,000 | - | | | 1,000 |
| 41 | Business Insurance - Commercial | | 5,545 | | 5,545 | 19,094 | - | | | 12,639 | 31,733 |
| 43 | Alliance Fees | | | | - | - | 125,000 | | | | 125,000 |
| 44 | Alliance Sales Fee | | - | - | - | - | - | 84,150 | - | - | 84,150 |
| 46 | Fredrikson Fees (BK Counsel) | | | | - | | 100,000 | | | | 100,000 |
| 48 | Debtor Fees (M&A Counsel) | | | | - | | 50,000 | | | | 50,000 |
| 49 | Creditors Committee/Liquidating Agent | | | | - | - | 25,000 | - | - | - | 25,000 |
| 50 | Shareholder Notice Costs | | 35,000 | | 35,000 | | | | | | - |
| 51 | US Trustee Fees | | | | - | | | | | | - |
| 53 | Tempe Rent Payments | | 6,615 | | 6,615 | - | 16,395 | | | | 16,395 |
| 54 | Travel | | 10,000 | 5,000 | 15,000 | 5,000 | 5,000 | 2,500 | 1,000 | - | 13,500 |
| 55 | Tempe Maintenance | | 10,000 | 5,000 | 15,000 | 5,000 | | | | | 5,000 |
| 56 | Operating Leases - Tempe | | 13,000 | | 13,000 | | | | | | - |
| 57 | Equipment Lease - ESI Laser - Tempe | | 13,215 | | 13,215 | | - | | | | - |
| 58 | Equipment Lease - AOI - Tempe | | 8,690 | | 8,690 | | - | | | | - |
| 59 | Equipment Lease-Lauffer Press - Tempe | | 4,792 | | 4,792 | | - | | | | - |
| 60 | Equipment Lease-Die bonder | | - | | - | | - | | | | - |
| 61 | Equipment Lease-Plasma Etch - Tempe | | 1,894 | | 1,894 | | - | | | | - |
| 62 | Equipment Lease-My data | | - | - | - | | | | - | | - |
| 63 | Environmental Clean Up | | | | - | | 50,000 | | | | 50,000 |
| 64 | Moving Expenses from Boulder | | - | | - | | | | | | - |
| 66 | Property Taxes | | | | - | | | | | | - |
| 68 | BWI Rent - Boulder | | | 152,000 | 152,000 | | 152,000 | | - | | 152,000 |
| 69 | BWI Inventory Purchases | | | 313,088 | 313,088 | | 52,181 | 52,181 | 52,181 | | 156,544 |
| 70 | BWI Critical Catch Up Payments | | | 236,500 | 236,500 | | | | | | - |
| 71 | BWI Boulder Employee Salary and Tax | | | 19,069 | 19,069 | | 38,139 | | 36,093 | | 74,231 |
| 72 | BWI Boulder Retention | | | - | - | | - | | - | | - |
| 73 | Boulder Supply Chain | | | 4,976 | 4,976 | | 3,855 | | | | 3,855 |
| 74 | Boulder Manufacturing | | | 2,222 | 2,222 | | 3,791 | | | | 3,791 |
| 75 | Boulder Facility - Non Rent | | | - | - | 50,319 | - | - | - | 37,720 | 88,039 |
| 76 | BWI G&A Expenses | | | 9,290 | 9,290 | - | | | 9,290 | | 9,290 |
| 77 | Misc./Other | - | 5,000 | 10,000 | 15,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 25,000 |
| 78 | Total Operating Disbursements | 176,754 | 314,089 | 907,750 | 1,398,593 | 185,018 | 731,069 | 239,268 | 167,577 | 55,359 | 1,378,291 |
| 79 | Timing Differences | 4,040 | | | 4,040 | | | | | | - |
| 80 | Net Cash Flow before Bank Payments | 587,300 | 38,400 | 552,566 | 1,178,266 | 88,320 | (353,352) | 2,867,161 | 89,599 | 14,965 | 2,706,692 |

2

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Wells Fargo Interest Payments | - | - | - | - | - | 15,000 | - | - | - | 15,000 |
| 82 | WF Client Service Charge | - | - | - | - | - | - | - | - | - | - |
| 83 | Principal Payments from Asset Sales | - | - | - | - | - | - | 2,670,850 | - | - | 2,670,850 |
| 84 | Principal Payments from Other Cash | - | - | - | - | 100,000 | - | 100,000 | - | - | 200,000 |
| 85 | Miscellaneous Wells Fargo Fees | 105 | - | - | - | - | - | - | - | - | - |
| 86 | **Net Cash Flow Including Bank Payments** | **587,195** | **38,400** | **552,566** | **1,178,266** | **(11,680)** | **(368,352)** | **96,311** | **89,599** | **14,965** | **(179,158)** |
| 87 | **Operating Cash** | | | | | | | | | | |
| 88 | Beginning Cash Balance | 329 | 557,524 | 557,427 | 329 | 796,305 | 834,944 | 466,557 | 615,050 | 615,360 | 796,305 |
| 89 | Less Customer Premiums (excl. Phillips) | (30,000) | (20,000) | (223,783) | (273,783) | - | - | - | - | - | - |
| 90 | Less Net Cash Flow from BWI Operations | - | (18,497) | (89,905) | (108,402) | 50,319 | (34) | 52,181 | (89,288) | 37,720 | 50,898 |
| 91 | Inc/(decr) Cash | 587,195 | 38,400 | 552,566 | 1,178,161 | (11,680) | (368,352) | 96,311 | 89,599 | 14,965 | (179,158) |
| 92 | **Ending Operating Cash Balance** | **557,524** | **557,427** | **796,305** | **796,305** | **834,944** | **466,557** | **615,050** | **615,360** | **668,045** | **668,045** |
| 93 | **Premiums Held in Trust** | | | | | | | | | | |
| 94 | Beginning Premiums Held in Trust | - | 30,000 | 50,000 | - | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 | 273,783 |
| 95 | Plus Customer Premiums (excl Phillips) | 30,000 | 20,000 | 223,783 | 273,783 | - | - | - | - | - | - |
| 96 | Disbursement of Premiums | | | | - | | | | | | |
| 97 | **Ending Premiums Held in Trust** | **30,000** | **50,000** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** | **273,783** |
| 98 | **BWI Operating Cash** | | | | | | | | | | |
| 99 | Beginning BWI Operating Cash | - | - | 18,497 | - | 108,402 | 58,083 | 58,117 | 5,935 | 95,223 | 108,402 |
| 100 | Net Cash Flow from BWI Operations | - | 18,497 | 89,905 | 108,402 | (50,319) | 34 | (52,181) | 89,288 | (37,720) | (50,898) |
| 101 | **Ending BWI Operating Cash** | - | **18,497** | **108,402** | **108,402** | **58,083** | **58,117** | **5,935** | **95,223** | **57,503** | **57,503** |
| 102 | **Total Cash** | **587,524** | **625,924** | **1,178,490** | **1,178,490** | **1,166,809** | **798,457** | **894,768** | **984,367** | **999,332** | **999,332** |
| 103 | **Beginning Combined Revolver Balance** | **2,424,039** | **2,424,039** | **2,424,039** | **2,424,039** | **2,424,039** | **2,324,039** | **2,324,039** | - | - | **2,424,039** |
| 104 | Inc/(decr) revolver/term | - | - | - | - | (100,000) | - | (2,770,850) | - | - | (2,870,850) |
| 105 | **Ending Combined Revolver Balance** | **2,424,039** | **2,424,039** | **2,424,039** | **2,424,039** | **2,324,039** | **2,324,039** | - | - | - | - |
| 106 | P-Card and Other | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 | 24,603 |
| 107 | Mortgage Balance | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 862,500 | 415,689 | 415,689 | 415,689 | 415,689 |
| 108 | **Total Wells Fargo Debt** | **3,311,142** | **3,311,142** | **3,311,142** | **3,311,142** | **3,211,142** | **3,211,142** | **440,292** | **440,292** | **440,292** | **440,292** |

4.   A material variation from the Budget shall occur if, at any time, the Debtor's actual expenditures on a rolling, cumulative basis exceed the total projected expenditures at that time by 10% or more. In determining the Debtor's actual expenditures and total projected expenditures the BWI and Philips funds advanced and payments made, as part of the BWI and Philips agreements, shall not be taken into consideration.

5.   The Budget may be revised by the Debtor during the continued interim period without further order of the court, provided that the Prepetition Lender agrees in writing to the revisions.

6.   For purposes of adequate protection, and to the extent of the use of prepetition cash collateral in which the Prepetition Lender has a perfected security interest, the Debtor is authorized to grant to the Prepetition Lender a replacement lien, pursuant to 11 U.S.C. §§ 361, 363, and 552, in the debtor's postpetition assets of the same priority, dignity and effect as the prepetition lien, if any, on the prepetition property of the Debtor. Such replacement lien shall not

3

extend to funds advanced by customers—including but not limited to Philips Ultrasound, Inc., ("Philips"), Biosense Webster, Inc. ("BWI")—after the filing of this bankruptcy case that are earmarked for payment of expenses, and shall not extend to any inventory or other materials purchased with such funds.  Such replacement lien shall extend to premium payments received by the Debtor through the end of the week beginning February 23, 2015.

7.     As and for additional adequate protection, the Debtor shall continue to utilize bank accounts maintained at Wells Fargo, including one or more prepetition bank accounts to the extent authorized by this Court's order regarding the debtor's motion seeking authorization to maintain existing bank accounts.

8.     As and for additional adequate protection, the Debtor shall comply with reporting and inspection requests made by the Prepetition Lender in accordance with the Prepetition Lender's rights under its loan documents, which includes providing the Prepetition Lender with: (i) daily collateral reports together with all supporting documents attached thereto, due by end of business the following day; and (ii) weekly cash flow statements due by the end of business on Wednesday of the following week.  The Debtor shall further provide the Prepetition Lender with a copy of all reports provided to the United States Trustee.

9.     Nothing in the stipulation or this order shall be deemed to waive any of the Prepetition Lender's or Committee's rights to continue or supplement their objections to the Debtor's use of cash collateral on a final basis.

10.    Nothing in the stipulation or this order shall be deemed to waive any of the Debtor's rights to seek final use of cash collateral over the objection of the Prepetition Lender.

Dated:                                                              _____
                                                                    Kathleen H. Sanberg
                                                                    United States Bankruptcy Judge