UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: HEI, Inc.

                                                                                               Chapter 11 Bankruptcy
                                                                                               Case No.: 15-40009

           Debtor.

**RESPONSE OF WELLS FARGO BANK, NATIONAL ASSOCIATION TO EXPEDITED MOTION OF ORBOTECH, INC. TO COMPEL REJECTION OF LICENSE AGREEMENTS**

      Wells Fargo Bank, National Association acting through its Wells Fargo Business Credit operating division ("Wells Fargo") hereby submits this response to Orbotech, Inc.'s expedited motion to compel rejection of license agreements (Doc. No. 130, ("Motion")).

      1.    Orbotech, Inc. ("Orbotech") served and file its Motion on February 2, 2015 seeking an order from this court compelling the Debtor to reject the "License Agreements" (defined in the Motion) and remove the related "Software" from certain equipment the Debtor intends to sell free and clear of liens.

      2.    On or about January 3, 2012, Orbotech granted Wells Fargo the right to sublicense the Software as follows:

> **Software License**
>
>       As more fully explained in the Orbotech's Standard Terms and Conditions ("Terms and Conditions"), Orbotech grants to Customer a non-exclusive, non-transferable license to use the Orbotech application software incorporated into the Products. Accordingly, Customer shall not transfer application software to any third party including, but not limited to, leasing or financing institutions in sale-lease back arrangements. Licenses are issued on a temporary basis until Customer pays in full in accordance with this Quotation, the license of which maybe terminated otherwise. Notwithstanding the aforementioned, in the event that

> Wells Fargo Bank, National Association . . . agrees to loan Customer the funds, in one form or another, to purchase the Products then **Orbotech agrees to grant Wells Fargo the right to sublicense the software to a subsequent lessee or purchaser of the Products (collectively referred to as "End User") at no cost to Wells Fargo or End User provided the End User executes Orbotech's then standard software agreement**. (emphasis added.)

3.    In the event the court allows Orbotech to proceed with its expedited motion to compel the Debtor to reject the License Agreements and remove the related Software from certain equipment, Wells Fargo reserves all of its rights under the aforementioned Software License, including but not limited to, its right to further respond and/or object to the pending Motion.


Dated: February 4, 2015                LINDQUIST & VENNUM, L.L.P.

                                       By: /s/ William P. Wassweiler
                                           Thomas E. Hoffman (#150125)
                                           William P. Wassweiler (#232348)
                                       4200 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, MN 55402
                                       (612) 371-3289
                                       Fax: (612) 371-3207


2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:  HEI, Inc.

Chapter 11 Bankruptcy

Case No.:  15-40009

Debtor.

**CERTIFICATE OF SERVICE**

Carmel Ann Funk, of the City of St. Paul, County of Ramsey, State of Minnesota, states that on January 13, 2015, she served the following document:

1. Objection of Wells Fargo Bank, National Association to Debtor's Motion for Final Order Authorizing Use of Cash Collateral

electronically by Notice of Electronic Filing upon the following parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Phillip J Ashfield   phillip.ashfield@stinsonleonard.com, laura.schumm@stinsonleonard.com
- James L. Baillie   jbaillie@fredlaw.com, landerson@fredlaw.com;sstallings@fredlaw.com;jchristensen@fredlaw.com
- Phillip Bohl   phillip.bohl@gpmlaw.com, leesa.norton@gpmlaw.com
- James C. Brand   jbrand@fredlaw.com, wmunt@fredlaw.com;jchristensen@fredlaw.com
- Edwin H. Caldie   Edwin.Caldie@stinsonleonard.com, laura.schumm@stinsonleonard.com
- Benjamin J. Court   bcourt@messerlikramer.com, cmoum@messerlikramer.com
- Michael S. Dove   mdove@gislason.com, kgleisner@gislason.com;jburgau@gislason.com
- Michael R Fadlovich   michael.fadlovich@usdoj.gov
- Benjamin Gurstelle   bgurstelle@briggs.com, soneill@briggs.com
- Thomas Haines   Thaines@co.carver.mn.us, pmay@co.carver.mn.us

3

- Christopher J Harayda    cj.harayda@faegrebd.com, brenda.walz@faegrebd.com
- Thomas E. Hoffman    thoffman@lindquist.com, cfunk@lindquist.com
- Lorie A. Klein    lorie.klein@fmjlaw.com, sherri.debettignies@fmjlaw.com
- Connie A. Lahn    clahn@btlaw.com, tpaulson@btlaw.com;marobinson@btlaw.com
- Joseph W. Lawver    jlawver@messerlikramer.com, cmoum@messerlikramer.com
- John R. McDonald    jmcdonald@briggs.com, mjacobson@briggs.com
- George R Mesires    george.mesires@faegrebd.com
- Michael L Meyer    mlmeyer@ravichmeyer.com, mdhoward@ravichmeyer.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
- Hilary B. Mohr    hmohr@riddellwilliams.com, bborrus@riddellwilliams.com
- Sarah M Olson    solson@fredlaw.com, stimm@fredlaw.com;jchristensen@fredlaw.com;sstallings@fredlaw.com
- Timothy J. Prindiville    tim.prindiville@nilssonlaw.com, eric.nilsson@nilssonlaw.com
- David E. Runck    david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- William P Wassweiler    wwassweiler@lindquist.com, cfunk@lindquist.com

The following parties are **not** on the list to receive email notice/service for this case and therefore require manual noticing/service via U.S. Mail.

KYRA E ANDRASSY
SMILEY WANG-ERKVALL
3200 PARK CENTER DRIVE
STE 250
COSTA MESA, CA 92626

PATRICIA CHEN
ROPES & GRAY LLP
PRUDENITAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199

DEREK CHEUNG
375 PARK AVENUE
SUITE 2607
NEW YORK, NY 10152

DACA VI LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

DAVID R DOYLE
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 NORTH CLARK STREET
STE 800
CHICAGO, IL 60654

DOCS-#4477339-v1

ROBERT M FISHMAN
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 NORTH CLARK STREET
STE 800
CHICAGO, IL 60654

Fredrikson & Byron, P.A.
200 S 6th St Ste 4000
Minneapolis, MN 55402

RYAN J LORENZ
600 ROCKFORD LLC
CLARK HILL PLC
14850 N SCOTTSDALE ROAD
STE 500
SCOTTSDALE, AZ 85254

ALAN A MEDA
BURCH & CRACCHILOLO P.A.
702 E OSBORN
STE 200
PHOENIX, AZ 85014

PETER J ROBERTS
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 NORTH CLARK STREET
STE 800
CHICAGO, IL 60654

Chad Roberson
Honne II LP
375 Park Avenue
Suite 2607
New York, NY 10152

Chad Michael Roberson
2021 First Avenue
7C
New York, NY 10029

STEPHEN C TINGEY
SAL LAKE CITY OFFICE
PO BOX 45385
SALT LAKE CITY, UT 84145

Teamvantage Molding LLC
20697 Fenway Ave N.
Forest Lake, MN 55025

Vergent Products
609 14th St.SW
Loveland, CO 80537

JAMES WILTON
ROPES & GRAY LLP
PRUDENITAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199

Watson-Marlow, Inc.
37 Uptton Technology Park
Wilmington, MA 01887

Date:  February 4, 2015            /s/ Carmel Ann Funk

6