UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

HEI, Inc.,

Debtor.

Case No. BKY 15-40009

Chapter 11 Case

**WITHDRAWAL OF DEBTOR'S MOTION SEEKING FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

PLEASE TAKE NOTICE that—due to the Debtor's payment in full of the secured claim of Wells Fargo Bank, National Association—the Debtor no longer requires the relief requested in, and hereby withdraws, its Motion for (I) Expedited Relief and (II) Interim and Final Orders Authorizing the Use of Cash Collateral [docket no. 7], which was scheduled for final hearing on February 25, 2015.

FREDRIKSON & BYRON, P.A.

Dated: February 19, 2015

/e/ Sarah M. Olson
James L. Baillie (#3980)
James C. Brand (#387362)
Sarah M. Olson (#390238)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
jbrand@fredlaw.com
solson@fredlaw.com

ATTORNEYS FOR DEBTOR

52683961

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

HEI, Inc.,

Debtor.

Case No. BKY 15-40009

Chapter 11 Case

# CERTIFICATE OF SERVICE

    Sarah M. Olson, under penalty of perjury, states that on February 19, 2015, she caused to be served the following:

    Withdrawal of Debtor's Motion Seeking Final Order Authorizing the Use of Cash Collateral

by sending true and correct copies via ECF, e-mail, or U.S. mail to the parties on the attached service list.

Dated: February 19, 2015                                            */e/ Sarah M. Olson*
                                                                             Sarah M. Olson

**Served via U.S. mail, except parties whose contact information includes an e-mail address were served via ECF or e-mail.**

| **US TRUSTEE AND OTHER REQUIRED PARTIES** | **DEBTOR** | Thomas F. Leahy<br>c/o Michael L. Meyer, Esq.<br>Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Mlmeyer@ravichmeyer.com |
|---|---|---|
| United States Trustee<br>U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | HEI, Inc.<br>c/o Mark Thomas<br>1495 Steiger Lake Ln<br>Victoria, MN 55386<br>mark.thomas@HEII.com<br><br>-and-<br><br>Philip Colton, Esq.<br>Winthrop & Weinstine<br>225 South 6th St., Ste 3500<br>Minneapolis, MN 55402<br>pcolton@winthrop.com | |
| U.S. Trustee<br>Michael R. Fadlovich<br>U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>michael.fadlovich@usdoj.gov | | TCF Equipment Finance<br>c/o Michael S. Dove, Esq.<br>Gislason & Hunter LLP<br>2700 South Broadway<br>PO Box 458<br>New Ulm, MN 56073-0458<br>mdove@gislason.com |
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul, MN 55101-4804 | **MAJOR SECURED LENDER** | Carver County<br>c/o Thomas Haines<br>Assistant County Attorney<br>Justice Center, Government Center<br>604 East Fourth Street<br>Chaska, MN 55318-2188<br>Thaines@co.carver.mn.us |
| | Wells Fargo Bank, N.A.<br>c/o Thomas E. Hoffman, Esq.<br>William B. Wassweiler, Esq.<br>Lindquist & Vennum<br>80 S Eighth Street, Ste 4200<br>Minneapolis, MN 55402<br>thoffman@lindquist.com<br>wwassweiler@lindquist.com | |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St<br>Mail Stop 5700<br>St. Paul, MN 55101 | | |
| Internal Revenue Service<br>Centralized Insolvency Operations Unit<br>PO Box 7346<br>Philadelphia, PA 19101 | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | Cochlear Limited<br>c/o Christopher J. Harayda<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>cj.harayda@FaegreBD.co |
| | c/o David E. Runck, Esq.<br>Lorie A. Klein, Esq.<br>Fafinski Mark & Johnson, P.A.<br>400 Flagship Corporate Center<br>775 Prairie Center Drive<br>Eden Prairie, MN 55344<br>David.runck@fmjlaw.com<br>Lorie.Klein@fmjlaw.com | |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>St Paul, MN 55101-2228 | | Biosense Webster, Inc.<br>c/o Phillip Bohl, Esq.<br>Patricia Chen, Esq.<br>James Wilton, Esq.<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phillip.bohl@gpmlaw.com<br>patricia.chen@ropesgray.com **(via e-mail)**<br>james.wilton@ropesgray.com **(via e-mail)** |
| Office of the U.S. Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis, MN 55415 | **OTHER INTERESTED PARTIES & PARTIES REQUESTING NOTICE** | |
| Carver County<br>Taxpayer Services<br>600 E. 4th St.<br>PO Box 69<br>Chaska, MN 55318 | Philips Ultrasound, Inc.<br>c/o Hilary B. Mohr, Esq.<br>Riddell Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>hmohr@riddellwilliams.com | |
| Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072 | | Boulder Investors LLC<br>c/o Connie A. Lahn, Esq.<br>Barnes & Thornburg LLP<br>225 South Sixth Street, Suite 2800<br>Minneapolis, MN 55402<br>clahn@btlaw.com |

| | | |
|---|---|---|
| Insulectro<br>c/o Kyra E. Andrassy, Esq.<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>kandrassy@swelawfirm.com **(via e mail)** | Community Bank Corporation<br>c/o Timothy J. Prindiville, Esq.<br>Eric Nilsson, Esq.<br>Nilsson Brandt, P.A.<br>900 Four Exchange Building<br>310 Fourth Avenue South<br>Minneapolis, MN 55415<br>tim.prindiville@nilssonlaw.com<br>eric.nilsson@nilssonlaw.com **(via e-mail)** | 600 Rockford, LLC<br>c/o Benjamin J. Court<br>Joseph W. Lawver<br>Messerli & Kramer P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402-4218<br>bcourt@messerlikramer.com<br>jlawver@messerlikramer.com |
| M & N Investments, LLC<br>c/o Phillip J. Ashfield, Esq.<br>Stinson Leonard Street LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>phillip.ashfield@stinsonleonard.com | Orbotech, Inc.<br>c/o Benjamin E. Gurstelle<br>John R. McDonald<br>Briggs and Morgan, P.A.<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>bgurstelle@briggs.com<br>jmcdonald@briggs.com | |
| First Minnetonka City Bank<br>c/o Ralph V. Mitchell, Esq.<br>Lapp, Libra, Thomson, Stoebner, & Pusch, Chartered<br>120 South Sixth street, Suite 2500<br>Minneapolis, MN 55402<br>rmitchell@lapplibra.com | Eight Medical Corporation<br>c/o Edwin H. Caldie, Esq.<br>Stinson Leonard Street LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Edwin.Caldie@stinsonleonard.com | |