**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

**CHAPTER 11 CASE**

**HEI, Inc.,**

      Debtor.         **BKY 15-40009**

**ORDER AND NOTICE CONFIRMING PLAN AND FIXING TIME LIMITS**

The plan filed by Debtor, its proponent, was transmitted to all creditors and other parties in interest. It has now been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C §1129 have been satisfied.

IT IS THEREFORE ORDERED:

1. CONFIRMATION OF PLAN. The plan filed by HEI, Inc., on June 3, 2015, dated June 3, 2015, is confirmed.

2. PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES. All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person, and all other requests to order payment of an administrative expense, shall be made by motion under Local Rules 2016-1 or 3002-2, and shall be served and filed within 30 days after the date of this order.

3. OBJECTIONS TO CLAIMS. All objections to claims, except objections to administrative expense claims or objections arising solely under 11 U.S.C. § 502(d), shall be made by motion under Local Rule 3007-1, and shall be served and filed within 90 days after the Effective Date of the plan, or 30 days after the claim is filed, whichever is later. Any claim objections arising solely under 11 U.S.C. § 502(d) are not subject to the 90 day deadline and may be pursued through an adversary proceeding asserting an avoidance claim.

4. OTHER PROCEEDINGS. All other motions, applications or complaints shall be filed within 60 days after the date of this order. Any time limit provided in this order may be extended or waived by the court for cause after notice and a hearing. Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5. CLERK'S CHARGES AND REPORT INFORMATION. A separate order is entered to require payment of notice or claim charges and the reporting of payments made postpetition to date of confirmation of the plan, and payments paid or to be paid thereafter, for preconfirmation debts or administrative expenses.

6. MAILING OF NOTICE. The clerk shall forthwith mail copies of this order, as notice of entry of this order and confirmation of the plan, to the entities specified in Local Rule 9013-3 and to all creditors and other parties in interest. The proponent of the plan shall forthwith mail copies of this order as notice thereof to all equity security holders of the debtor.

Dated: September 23, 2015

                                                /e/ Kathleen H. Sanberg
                                                KATHLEEN H. SANBERG
                                                UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/23/2015*
Lori Vosejpka, Clerk, by LH